UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Catherine Almanza, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 11-cv-10818-DRH

*Rebecca Mooers v. Bayer Corporation, et al.*   No. 10-cv-20079-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 16, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
     **Deputy Clerk**

**Dated:** April 17, 2014

Digitally signed by
David R. Herndon
Date: 2014.04.17
14:01:37 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**